ACCEPTED
03-14-00713-CV
6807430
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/4/2015 2:56:36 PM
JEFFREY D. KYLE
CLERK



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/4/2015 2:56:36 PM
JEFFREY D. KYLE
Clerk

AUTUMN HAMIT PATTERSON
Assistant Attorney General

autumn.patterson@texasattorneygeneral.gov
(512) 936-1827

September 4, 2015

Mr. Jeffrey D. Kyle, Clerk of the Court
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

Re:   No. 03-14-00713-CV; *Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas v. CGG Veritas Services (U.S.), Inc.*

Dear Mr. Kyle:

Please withdraw me as counsel for Appellants, Glenn Hegar and Ken Paxton, in this case.  I will no longer be employed with the Texas Attorney General's Office as of September 14th.  Assistant Solicitor General Joseph D. Hughes will remain as lead counsel for Appellants.

Thank you for your attention to this matter.  Please call (512) 936-1825 with any questions or concerns.

Sincerely,

/s/ Autumn Hamit Patterson
AUTUMN HAMIT PATTERSON

cc:   Counsel of Record

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov